**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**KING TACO RESTAURANT, INC., a**
**California corporation,**

        **Plaintiff,**

**vs.**

**RAUL SANTOS, a Massachusetts resident;**
**KING TACOS, LLC, a Massachusetts**
**limited liability company; KING TACOS II,**
**LLC, a Massachusetts limited liability**
**company; KING TACOS III, CORP., a**
**Massachusetts corporation; KING TACOS,**
**a business entity of unknown form; and**
**DOES 1-10, inclusive,**

        **Defendants.**

**NO.    1:12-CV-10812-JLT**

**ORDER OF ENTRY OF FINAL**
**JUDGMENT AND PERMANENT**
**INJUNCTION**

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

This Court, having reviewed the Stipulation for Entry of Final Judgment and Permanent

Injunction submitted by the Parties to this Action, and good cause appearing therefore, IT IS

HEREBY ORDERED that Final Judgment and Permanent Injunction be entered against

Defendants KING TACOS, KING TACOS, LLC, a Massachusetts limited liability company,

KING TACOS II, LLC, a Massachusetts limited liability company, KING TACOS III, CORP., a

Massachusetts corporation, KING TACOS III, a Massachusetts corporation and RAUL

SANTOS, individually, (collectively, the "Defendants"), as follows:

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

1. This Court has jurisdiction over the subject matter of the above-captioned lawsuit.

2. This Court has personal jurisdiction over the Defendants.

3. Defendants are ordered to pay $2,500 to Plaintiff.

1

4. Defendants are permanently enjoined from:

   a. Using the King Taco Trademarks in connection with Defendants' goods, marketing, advertising, or promotional materials, or otherwise in connection with Defendants' business;

   b. Using confusingly similar variations of the King Taco Trademarks causing likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendants' goods or services;

   c. Otherwise infringing the King Taco Trademarks;

   d. Falsely designating the origin of Defendants' goods; and/or

   e. Causing likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendants' goods or services.

5. The Court shall retain jurisdiction over all Defendants to determine enforcement of the terms of the Agreement or this Judgment.

6. There being no just reason for delay, the clerk is directed to enter this Judgment of Permanent Injunction.

SIGNED this __30__day of __Jᴀɴ.__ __2013_____.

_____
UNITED STATES DISTRICT JUDGE